UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                Plaintiff,

-against-

                                        Case No. 7:16-mj-6269

Parrion D. Bond

                Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York